IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02052-BNB

MICHAEL BLAN,

Plaintiff,

v.

LAW OFFICES OF MICHAEL K. SIPES,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Motion for Leave to Appear by Telephone for Initial Scheduling/Planning Conference Set for October 15, 2014** [docket no. 8, filed October 7, 2014] and **Defendant's Motion for Leave to Appear by Telephone at Initial Scheduling Conference** [docket no. 10, filed October 8, 2014] (the "Motions").

      IT IS ORDERED that the Motions are GRANTED.  Both counsel may appear telephonically for the hearing set for **October 15, 2014 at 3:00 p.m., Mountain Daylight Time**. Plaintiff's counsel, Craig Kimmel, will be responsible for coordinating a conference call with defense counsel and then, with both parties on the phone, to then call Chambers at **303-844-6408**.

DATED:  October 8, 2014